IN RE RESIGNATION OF JAN.

[Cite as *In re Resignation of Jan* (1991), 62 Ohio St.3d 1211.]

(No. 91–2229—Submitted November 20, 1991—Decided November 27, 1991.)

The resignation of Joseph John Jan as an attorney, Registration No. 0024519, is accepted.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.

CRAIG, APPELLEE AND CROSS-APPELLANT, *v.* CRAIG, APPELLANT AND CROSS-APPELLEE.

[Cite as *Craig v. Craig* (1991), 62 Ohio St.3d 1211.]

(No. 90–2083—Submitted October 23, 1991—Decided December 24, 1991.)

---

*Jude T. Aubry Co., L.P.A.,* and *Jude T. Aubry,* for appellee and cross-appellant.

*Geoffrey A. Cottier,* for appellant and cross-appellee.

---

The appeal and cross-appeal are dismissed, *sua sponte,* as having been improvidently allowed.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and CACIOPPO, JJ., concur.

MARY CACIOPPO, J., of the Ninth Appellate District, sitting for RESNICK, J.